IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JOHN C. SKINNER, Register No. 1069523, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4162-CV-C-SOW |
| ) | |
| ERIC WHITTLE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On January 17, 2008, United States Magistrate Judge William A. Knox recommended that defendants' motion to dismiss be granted on all of plaintiff's claims, with the exception of the excessive force claim against defendant Eric Whittle. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of January 17, 2008, is adopted. [18] It is further

ORDERED that defendants' motion of November 13, 2007, to dismiss is granted on all claims against all defendants except for the excessive force claim against defendant Eric Whittle. [9]

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: May 16, 2008